### PORTER and Another *v.* MERIAM.—In error.

*Tuesday,*
*May 21.*

*PORTER* and another obtained a judgment against *Meriam* in the *Martin* Circuit Court. A *fieri facias* issued on the judgment directed to the sheriff of *Orange* county, and was there levied on the defendant's goods. *Meriam* filed a bill in chancery in the Circuit Court of *Orange* county showing these facts, and praying that the proceedings on the execution might be enjoined, &c. *Held,* that the Court in which the bill was filed had no jurisdiction of the cause.